PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FNU PUSHPINDER,<br><br>                   Plaintiff,<br><br>        v.<br><br>UR JADDOU, ET AL.,<br><br>                   Defendants. | CASE NO. 1:23-CV-01152-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017. USCIS has scheduled Plaintiff's asylum interview for March 4, 2024. The parties anticipate that this lawsuit will be rendered moot upon the successful completion of the interview.

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is March 18, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  December 19, 2023                          PHILLIP A. TALBERT
                                                                              United States Attorney

                                                               By:   /s/ ELLIOT C. WONG
                                                                              ELLIOT C. WONG
                                                                              Assistant United States Attorney


                                                                              /s/ CONRAD WU
                                                                              CONRAD WU
                                                                              Counsel for Plaintiff


ORDER

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendants to file an answer or other dispositive pleading is extended to March 18, 2024.  The Status Conference currently scheduled for January 8, 2023, is HEREBY CONTINUED to **April 9, 2024, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a joint status report one week prior to the Status Conference setting forth proposed pretrial conference and trial dates.  If the parties file dispositional documents prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   **December 22, 2023**              /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE

2